**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE: **Mervin B. Jackson**  CASE NO

CHAPTER **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/9/2022           Signature  /s/ Mervin B. Jackson
                                    *Mervin B. Jackson*

Date                     Signature

Debtor(s):  **Mervin B. Jackson**                                    Case No:                                                    **SOUTHERN DISTRICT OF MISSISSIPPI**
                                                                     Chapter:  **13**                                                            **GULFPORT DIVISION**

```
Dean Morris
855 S. Pear Orchard Road, Ste.
Ridgeland, MS 39157



Family Choice Financial Service
c/o Robin Marie Rush
3208 Service Drive Suite E
Pearl, MS 39208


Pain Treatment Center
106 Asbury Circle
Hattiesburg, MS 394002


Select Portfolio Servicing
P.O. BOX 65450
SALT LAKE CITY UT 84165


Southwest Regional Medical Cent
215 Marion Avenue
McComb, MS 39648


United States Trustee
501 EAST COURT STREET, SUITE 6-
JACKSON, MS 39201
```